**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| K.J.B-M., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1111-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| Respondent. | : | |

## ORDER

On October 29, 2026, Petitioner filed a motion to voluntarily dismiss his Petition (ECF No. 18). "[A] plaintiff may voluntarily dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, Respondent only filed a status report (ECF No. 15), which the Court finds does not qualify as an answer or other dispositive motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **construes** Petitioner's motion (ECF No. 18) as a notice of voluntary dismissal, which does not need Court approval, and **DIRECTS** the clerk to terminate the case pursuant to the dismissal without prejudice to Petitioner's right to file a new petition.[1]

**SO ORDERED**, this 3rd day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

[1] In light of Petitioner's voluntary dismissal, the Court **WITHDRAWS** its Report and Recommendation (ECF No. 16) and **DISMISSES as moot** Petitioner's motion for reconsideration (ECF No. 10), motion to stay transfer and removal (ECF No. 11), and motion to appoint counsel (ECF No. 12).